nied, without costs. Motion for leave to appeal to the Court of Appeals (from 142 N. Y. Supp. 924) denied, on the ground that leave is unnecessary.

CLARK, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 6, 1913.) Action by Mary L. Clark against James M. Clark and another. No opinion. Judgment affirmed, with costs.

CLARKE v. GILMORE et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by Stephen G. Clarke, as executor, etc., against James R. Gilmore, impleaded with others. No opinion. Motion to dismiss appeal denied. Motion to consolidate appeals denied. Orders filed.

COBB, Respondent, v. KISSEL et al., Appellants. (Supreme Court, Appellate Division, First Department. June 13, 1913.) Action by George W. Cobb against Rudolph H. Kissel, individually, etc., and others. H. Mansfield, of New York City, for appellants. G. E. Morgan, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

COBHAM, Appellant, v. SOUTH BROOKLYN RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Thomas Cobham against the South Brooklyn Railway Company. No opinion. Order unanimously affirmed, with costs.

COHEN, Respondent, v. ALCOURT REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 13, 1913.) Action by Max Cohen against the Alcourt Realty Company, and others. J. M. Proskauer, of New York City, for appellants. R. H. Ernest, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

COLT v. A. T. DAMAREST & CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Elizabeth B. Colt against A. T. Damarest & Co. No opinion. Application granted. Order signed.

COLUMBIA–KNICKERBOCKER TRUST CO. v. WAINWRIGHT et al. (Supreme Court, Appellate Division, First Department. July 10, 1913.) Action by the Columbia-Knickerbocker Trust Company against Catherine Wainwright, impleaded with Howard Tillotson and others. W. F. Earp, of New York City, for appellants. I. Henderson and S. H. Olin, both of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

COMINGS v. CONNECTICUT GAS CO. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by Hill L.

Comings against the Connecticut Gas Company. No opinion. Application denied, with $10 costs. Order signed.

COMMISSIONER OF PUBLIC CHARITIES OF CITY OF NEW YORK, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by the Commissioner of Public Charities of the City of New York, on complaint of Estelle Damsky, against Julius Cohen. Order of the Court of Special Sessions affirmed, with costs.

CONLIN, Appellant, v. KING et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 23, 1913.) Action by Patrick J. Conlin against Willard V. King and Paul T. Brady, as receivers of the South Shore Traction Company.

PER CURIAM. The motion to open the default was regularly made at Special Term. Mott v. Mott, 134 App. Div. 569, 119 N. Y. Supp. 483; Loper v. Wading River Realty Co., 143 App. Div. 167, 127 N. Y. Supp. 1000. As no judgment had been entered on the default in Nassau county, plaintiff was not guilty of laches in making said motion. The record on appeal shows that plaintiff's attorney was actually engaged in the trial of an action in the Supreme Court of Kings county at the time the default was ordered in this action in Nassau county. Order reversed, with $10 costs and disbursements, and motion to open default granted, without costs.

COOPER CO., Respondent, v. NAUMBURG, Appellant, et al. (Supreme Court Appellate Division, Second Department. June 6, 1913.) Action by the Cooper Company against Bernard Naumburg and another. No opinion. Order of the County Court of Kings county reversed, with $10 costs and disbursements, solely upon the ground that defendant was entitled to be heard upon the application. Cooper Co. v. Naumburg, 154 App. Div. 225, 138 N. Y. Supp. 1005.

COPANS v. DOUGAN et al. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Appeal from Trial Term, Orange County. Action by Henry Copans against Arthur T. Dougan and others. From a judgment of the Supreme Court (139 N. Y. Supp. 427), dismissing the complaint, plaintiff appeals. Affirmed. Henry Hirschberg, of Newburgh, for appellant. A. H. F. Seeger, of Newburgh, for respondents Dougan.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., and CARR and PUTNAM, JJ., concur. BURR, J., reads for reversal, with whom THOMAS, J., concurs.

BURR, J. I dissent. It seems to me that the answer admits the absolute making and delivery of the note in suit. But, if this could be considered doubtful, the evidence tends to establish, not that the note had no valid inception, but, on the contrary, that it had. Defend-